UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others situated,<br><br>Plaintiff,<br>v.<br><br>LIQUIDITY SERVICES INC., WILLIAM P. ANGRICK III, JAMES M. RALLO, and KATHRYN A. DOMINO<br><br>Defendants. | C.A. No. 1:14-cv-01183 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for the admission and appearance of attorney Benjamin Y. Kaufman *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Benjamin Y. Kaufman filed herewith.

As set forth in Mr. Kaufman's Declaration, he is admitted and an active member in good standing in the following courts and bars: the New York bar, the New Jersey bar; the U.S. District Court for the Southern District of New York, the U.S. District Court for the Eastern District of New York, the U.S. District Court for the Northern District of New York; the U.S. District Court for the District of New Jersey; the U.S. District Court for the District of Colorado; the U.S. Court of Appeals for the Fourth Circuit, and the Supreme Court of the United States.

This motion is supported and signed by Elizabeth K. Tripodi, an active and sponsoring member of the Bar of this Court.

Date: August 15, 2014

_/s/ Elizabeth K. Tripodi_____________
Elizabeth K. Tripodi, Esq. (#979154)
**LEVI & KORSINSKY LLP**
1101 30th St., NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on August 15, 2014, I caused to be electronically filed a copy of the foregoing Motion for Admission of Attorney *Pro Hac Vice* using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

_/s/ Elizabeth K. Tripodi_______________

Elizabeth K. Tripodi, Esq. (#979154)
**LEVI & KORSINSKY LLP**
1101 30th St., NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121