UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others situated,<br><br>                      Plaintiff,<br>     v.<br><br>LIQUIDITY SERVICES, INC., WILLIAM P. ANGRICK, III, JAMES M. RALLO, and KATHRYN A. DOMINO,<br><br>                      Defendants. | Civ. No. 14-1183-BAH<br><br>Judge Beryl A. Howell |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Liquidity Services, Inc., William P. Angrick, III, James M. Rallo, and Kathryn A. Domino (collectively "Defendants"), by their attorney Peter D. Isakoff, move for the admission *pro hac vice* of David P. Byeff to represent Defendants in this matter and declare as follows:

1. Peter D. Isakoff is a practicing attorney duly admitted to the Bar of the District of Columbia and is admitted to practice before this Court. Mr. Isakoff is a partner at the law firm of Weil, Gotshal & Manges LLP and is acquainted with Mr. Byeff. Mr. Isakoff will remain as counsel for Defendants throughout the course of the above-mentioned proceeding.

2. Mr. Byeff is a practicing attorney and is a member in good standing of the following bars: (i) New York State; and (ii) the U.S. District Court for the Southern District of New York. He is an attorney at the law firm of Weil, Gotshal & Manges LLP. Mr. Byeff is not currently nor has he been previously suspended, disbarred, or otherwise disciplined by any court.

3. Mr. Byeff has not been admitted *pro hac vice* before this Court in the past two years.

Wherefore, Defendants move for the admission of David P. Byeff *pro hac vice* as counsel for Defendants in this case and request that the Court enter the attached order.

DATED: August 26, 2014

    /s/ Peter D. Isakoff
Peter D. Isakoff
D.C. Bar 358419
Weil, Gotshal & Manges LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Email: peter.isakoff@weil.com

*Attorney for Liquidity Services, Inc., William P. Angrick, III, James M. Rallo, and Kathryn A. Domino*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2014, Defendants Liquidity Services, Inc., William P. Angrick, III, James M. Rallo, and Kathryn A. Domino's Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

                                                  /s/ Peter D. Isakoff
                                                   Peter D. Isakoff