UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others situated,<br><br>                  Plaintiff,<br>    v.<br><br>LIQUIDITY SERVICES, INC., WILLIAM P. ANGRICK, III, JAMES M. RALLO, and KATHRYN A. DOMINO,<br><br>                  Defendants. | Civ. No. 14-1183-BAH<br><br>Judge Beryl A. Howell |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Liquidity Services, Inc., William P. Angrick, III, James M. Rallo, and Kathryn A. Domino (collectively "Defendants"), by their attorney Peter D. Isakoff, move for the admission *pro hac vice* of Miranda S. Schiller to represent Defendants in this matter and declare as follows:

    1.      Peter D. Isakoff is a practicing attorney duly admitted to the Bar of the District of Columbia and is admitted to practice before this Court.  Mr. Isakoff is a partner at the law firm of Weil, Gotshal & Manges LLP and is acquainted with Ms. Schiller.  Mr. Isakoff will remain as counsel for Defendants throughout the course of the above-mentioned proceeding.

    2.      Ms. Schiller is a practicing attorney and is a member in good standing of the following bars: (i) New York State; (ii) the U.S. District Court for the Southern District of New York; (iii) the U.S Court of Appeals for the Eleventh Circuit ; and (iv) the U.S. Supreme Court.  She is a partner at the law firm of Weil, Gotshal & Manges LLP.  Ms. Schiller is not currently nor has she been previously suspended, disbarred, or otherwise disciplined by any court.

3. Ms. Schiller has not been admitted *pro hac vice* before this Court in the past two years.

Wherefore, Defendants move for the admission of Miranda S. Schiller *pro hac vice* as counsel for Defendants in this case and request that the Court enter the attached order.

DATED:  August 26, 2014

    /s/ Peter D. Isakoff
Peter D. Isakoff
D.C. Bar 358419
Weil, Gotshal & Manges LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 20005
Telephone:  (202) 682-7000
Facsimile:   (202) 857-0940
Email:  peter.isakoff@weil.com

*Attorney for Liquidity Services, Inc., William P. Angrick, III, James M. Rallo, and Kathryn A. Domino*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2014, Defendants Liquidity Services, Inc., William P. Angrick, III, James M. Rallo, and Kathryn A. Domino's Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

                                             /s/ Peter D. Isakoff
                                                 Peter D. Isakoff