UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

LEONARD HOWARD, individually and on
behalf of all others situated,

                 Plaintiff,

     v.

LIQUIDITY SERVICES INC., WILLIAM
P. ANGRICK III, JAMES M. RALLO, and
KATHRYN A. DOMINO

                 Defendants.

C.A. No. 1:14-cv-01183

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Plaintiff moves for the admission and appearance of

attorney Anita B. Kartalopoulos *pro hac vice* in the above-entitled action.  This motion is supported

by the Declaration of Anita B. Kartalopoulos filed herewith.

As set forth in Ms. Kartalopoulos' Declaration, she is admitted and an active member in

good standing in the following courts and bars: the New Jersey bar, the United States District Court

for the District of New Jersey, the U.S. Court of Appeals for the Federal Circuit, and the U.S.

Court of Appeals for the Third Circuit.

This motion is supported and signed by Elizabeth K. Tripodi, an active and sponsoring

member of the Bar of this Court.

Date: September 5, 2014

   /s/ Elizabeth K. Tripodi_____
   Elizabeth K. Tripodi, Esq. (#979154)
   **LEVI & KORSINSKY LLP**
   1101 30th St., NW, Suite 115
   Washington, DC 20007
   Telephone: (202) 524-4290
   Facsimile: (202) 333-2121

**CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on September 5, 2014, I caused to be electronically filed a copy of the foregoing Motion for Admission of Attorney *Pro Hac Vice* using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

  _/s/ Elizabeth K. Tripodi_____
Elizabeth K. Tripodi, Esq. (#979154)
**LEVI & KORSINSKY LLP**
1101 30th St., NW, Suite 115
Washington, DC 20007
Telephone: (202) 524-4290
Facsimile: (202) 333-2121

761496