UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others situated, <br><br> Plaintiff, <br><br> v. <br><br> LIQUIDITY SERVICES, INC., WILLIAM P. ANGRICK, III, JAMES M. RALLO, and KATHRYN A. DOMINO, <br><br> Defendants. | Civ. No. 14-1183-BAH <br><br> Judge Beryl A. Howell |

## MOTION FOR ADMISSION *PRO HAC VICE*

Lead Plaintiffs Caisse de dépôt et placement du Québec and the Newport News Employees' Retirement Fund (collectively "Lead Plaintiffs"), by their attorney Mark S. Willis, move for the admission pro hac vice of Jonathan Gardner to represent Lead Plaintiffs in this matter and declare as follows:

1. Mark S. Willis is a practicing attorney duly admitted to the Bar of the District of Columbia and is admitted to practice before this Court. Mr. Willis is a partner at the law firm of Spector Roseman Kodroff & Willis, P.C. and is acquainted with Mr. Gardner.  Mr. Willis will remain as counsel for Lead Plaintiffs throughout the course of the above-mentioned proceeding.

2. Mr. Gardner is a practicing attorney and is a member in good standing of the following bars: (i) New York State; (ii) the U.S. District Court for the Southern District of New York, Eastern District of New York, Northern District of Florida, and Eastern District of Wisconsin; and (iii) the U.S. Court of Appeals for the Second Circuit, Third Circuit, Sixth Circuit, Ninth Circuit, and Eleventh Circuit.  He is an attorney at the law firm of Labaton

Sucharow LLP.  Mr. Gardner is not currently nor has he been previously suspended, disbarred, or otherwise disciplined by any court.

3. Mr. Gardner has not been admitted *pro hac vice* before this Court in the past two years.

Wherefore, Lead Plaintiffs move for the admission of Jonathan Gardner *pro hac vice* as counsel for Lead Plaintiffs in this case and request that the Court enter the attached order.

DATED: October 24, 2014

/s/ Mark S. Willis
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
Mark S. Willis
1101 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004
Tel.: 202.756.3601
Fax: 202.756.3602

*Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2014, Lead Plaintiffs Caisse de dépôt et placement du Québec and the Newport News Employees' Retirement Fund's Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

/s/ Mark S. Willis
Mark S. Willis