UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others situated,<br><br>                         Plaintiff,<br><br>             v.<br><br>LIQUIDITY SERVICES, INC., WILLIAM P. ANGRICK, III, JAMES M. RALLO, and KATHRYN A. DOMINO,<br><br>                         Defendants. | Civ. No. 14-1183-BAH<br><br>Judge Beryl A. Howell |

## MOTION FOR ADMISSION *PRO HAC VICE*

      Lead Plaintiffs Caisse de dépôt et placement du Québec and the Newport News Employees' Retirement Fund (collectively "Lead Plaintiffs"), by their attorney Mark S. Willis, move for the admission *pro hac vice* of Andrew D. Abramowitz to represent Lead Plaintiffs in this matter, and declare as follows:

      1.     Mark S. Willis is a practicing attorney duly admitted to the Bar of the District of Columbia and is admitted to practice before this Court. Mr. Willis is a partner at the law firm of Spector Roseman Kodroff & Willis, P.C., of which Mr. Abramowitz is a partner. Mr. Willis will remain as counsel for Lead Plaintiffs throughout the course of the above-mentioned proceeding.

      2.     Mr. Abramowitz is a practicing attorney and is a member in good standing of the Bar of the State of Maryland and the U.S. District Court for the District of Colorado. He is an attorney at the law firm of Spector Roseman Kodroff & Willis, P.C.  Mr. Abramowitz is not currently nor has he been previously suspended, disbarred, or otherwise disciplined by any court.

      3.     Mr. Abramowitz has not been admitted *pro hac vice* before this Court in the past two years.

Wherefore, Lead Plaintiffs move for the admission of Andrew D. Abramowitz *pro hac vice* as counsel for Lead Plaintiffs in this case and request that the Court enter the attached order.

DATED: February 20, 2015

/s/ Mark S. Willis
Mark S. Willis
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1101 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004
Tel.: 202.756.3601
Fax: 202.756.3602

*Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2015, Lead Plaintiffs Caisse de dépôt et placement du Québec and the Newport News Employees' Retirement Fund's Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

/s/ Mark S. Willis
Mark S. Willis