**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>LIQUIDITY SERVICES, INC., WILLIAM P. ANGRICK, III, JAMES M. RALLO, and KATHRYN A. DOMINO,<br><br>                    Defendants. | Civ. No. 14-1183-BAH<br><br>Judge Beryl A. Howell |

## MOTION FOR ADMISSION *PRO HAC VICE*

Lead Plaintiffs Caisse de dépôt et placement du Québec and the Newport News Employees' Retirement Fund (collectively "Lead Plaintiffs"), by their attorney Mark S. Willis, move for the admission *pro hac vice* of Joshua Kaplan to represent Lead Plaintiffs in this matter, and declare as follows:

1. Mark S. Willis is a practicing attorney duly admitted to the Bar of the District of Columbia and is admitted to practice before this Court. Mr. Willis is a partner at the law firm of Spector Roseman Kodroff & Willis, P.C., of which Mr. Kaplan is an associate. Mr. Willis will remain as counsel for Lead Plaintiffs throughout the course of the above-mentioned proceeding.

2. Mr. Kaplan is a practicing attorney and is a member in good standing of the following bars: (i) State of Pennsylvania; (ii) the U.S. District Court for the Eastern District of Pennsylvania; (iii) U.S. Court of Appeals for the Third Circuit; and (iv) the U.S. Court of Federal Claims.  He is an attorney at the law firm of Spector Roseman Kodroff & Willis, P.C.  Mr. Kaplan is not currently nor has he been previously suspended, disbarred, or otherwise disciplined by any court.

3. Mr. Kaplan has not been admitted *pro hac vice* before this Court in the past two years.

Wherefore, Lead Plaintiffs move for the admission of Joshua Kaplan *pro hac vice* as counsel for Lead Plaintiffs in this case and request that the Court enter the attached order.

DATED: February 20, 2015

/s/ Mark S. Willis
Mark S. Willis
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1101 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004
Tel.: 202.756.3601
Fax: 202.756.3602

*Co-Lead Counsel for the Class*

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2015, Lead Plaintiffs Caisse de dépôt et placement du Québec and the Newport News Employees' Retirement Fund's Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

/s/ Mark S. Willis
Mark S. Willis