# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others situated,<br><br>Plaintiff,<br><br>v.<br><br>LIQUIDITY SERVICES INC., WILLIAM P. ANGRICK III, and JAMES M. RALLO,<br><br>Defendants. | :<br>:  Case No. 1:14-cv-01183-BAH<br>:<br>:<br>:<br>:  Chief Judge Beryl A. Howell<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### DECLARATION OF ANDREW D. ABRAMOWITZ IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

I, Andrew D. Abramowitz, do hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746, that:

1. I am a partner in the law firm of Spector Roseman Kodroff & Willis, P.C., one of the Co-Lead Counsel in this case.

2. I submit this Declaration in support of the Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Responses and Objections to Plaintiffs' First Set of Requests for Admission, dated August 22, 2016.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Chad Coffman, CFA, with exhibits thereto, dated September 2, 2016.

1

5. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Paûle Gaumond in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Frank S. James in Support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Firm Biography of Spector Roseman Kodroff & Willis, P.C.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Firm Resume of Labaton Sucharow LLP.

EXECUTED on the 2nd day of September, 2016.

/s/  Andrew D. Abramowitz
Andrew D. Abramowitz

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2016, I caused the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record through the Court's CM/ECF system.

Dated: September 2, 2016                                   By: /s/ Mark S. Willis
                                                                Mark S. Willis