**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others situated,<br><br>     Plaintiff,<br><br>    v.<br><br>LIQUIDITY SERVICES, INC., WILLIAM P. ANGRICK, III, JAMES M. RALLO, and KATHRYN A. DOMINO,<br><br>     Defendants. | Civ. No. 14-1183-BAH<br><br>Judge Beryl A. Howell |

## MOTION FOR ADMISSION *PRO HAC VICE*

Lead Plaintiffs Caisse de dépôt et placement du Québec and the Newport News Employees' Retirement Fund (collectively "Lead Plaintiffs"), by their attorney Mark S. Willis, move for the admission pro hac vice of Seth M. Jessee to represent Lead Plaintiffs in this matter and declare as follows:

1.  Mark S. Willis is a practicing attorney duly admitted to the Bar of the District of Columbia and is admitted to practice before this Court. Mr. Willis is a partner at the law firm of Labaton Sucharow LLP and is acquainted with Mr. Jessee.  Mr. Willis will remain as counsel for Lead Plaintiffs throughout the course of the above-mentioned proceeding.

2.  Mr. Jessee is a practicing attorney and is a member in good standing of the following bars: (i) States of New York and California; (ii) the U.S. District Court for the Southern District of New York and Eastern District of New York**; a**nd (ii) the U.S. Court of Appeals for the Second Circuit.  He is an attorney at the law firm of Labaton Sucharow LLP.

Mr. Jessee is not currently nor has he been previously suspended, disbarred, or otherwise disciplined by any court.

      3.      Mr. Jessee has not been admitted *pro hac vice* before this Court in the past two years.

      Wherefore, Lead Plaintiffs move for the admission of Seth M. Jessee *pro hac vice* as counsel for Lead Plaintiffs in this case and request that the Court enter the attached order.

DATED: September 25, 2017

/s/ Mark S. Willis
LABATON SUCHAROW LLP
Mark S. Willis
1050 Connecticut Avenue NW
Suite 500
Washington, D.C. 20036
Tel.: 202.772.1880

*Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2017, Lead Plaintiffs Caisse de dépôt et placement du Québec and the Newport News Employees' Retirement Fund's Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of Court using the CM/ECF system, which shall send notice to all counsel of record.

/s/ Mark S. Willis
Mark S. Willis