# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEONARD HOWARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIQUIDITY SERVICES INC., *et al.*,<br><br>Defendants. | Civil Action No. 14-1183 (BAH)<br><br>Chief Judge Beryl A. Howell |

## ORDER APPROVING PLAN OF ALLOCATION

Upon consideration of the matters discussed at and submitted in connection with the Settlement Hearing on October 5, 2018 (the "Settlement Hearing") regarding the Class Representatives Caisse de dépôt et placement du Québec and the City of Newport News Employees' Retirement Fund's motion, on behalf of themselves and the certified Class, for final approval of the proposed class action Settlement and approval of the proposed plan of allocation for the proceeds of the Settlement (the "Plan of Allocation"), ECF No. 120, the Court makes the following **FINDINGS**:

1. Notice of the Class Representatives' motion for approval of the Settlement and the proposed Plan of Allocation was given to all Class Members who could be identified with reasonable effort. The form and method of notifying the Class of the motion for approval of the proposed Settlement and Plan of Allocation satisfied the notice requirements of Rule 23 of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), and Section 21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(7), as amended by the Private Securities Litigation Reform Act of 1995; constituted the best notice practicable under the circumstances; and constituted due, adequate, and sufficient notice to all Persons entitled thereto.

2. Copies of the Notice of Proposed Class Action Settlement and Motion for Attorneys' Fees and Expenses (the "Settlement Notice"), which included the Plan of Allocation, were mailed to over 93,200 potential Class Members and nominees.  No objections to the Plan of Allocation have been received.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Settlement Notice disseminated to Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among eligible Class Members.

4. The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Settlement Notice, is, in all respects, fair and reasonable.

Upon consideration of the foregoing **FINDINGS**, it is hereby

1. **ORDERED** that this Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of June 19, 2018 (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation; and it is further

2. **ORDERED** that the Plan of Allocation, as set forth in the Settlement Notice, is approved.

**SO ORDERED.**

Date: October 5, 2018

_____
BERYL A. HOWELL
CHIEF JUDGE